This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-39085**

**JESSE CLEMENTS,**

      Plaintiff-Appellant,

v.

**GREGG MERCANTEL, personally and as Secretary of the New Mexico Corrections Department; NEW MEXICO CORRECTIONS DEPARTMENT, CENTRAL NEW MEXICO CORRECTIONAL FACILITY, and CORRECTIONS OFFICERS JANE AND JOHN DOES 1 AND 2,**

      Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF GUADALUPE COUNTY**
**Floripa Gallegos, District Judge**

Law Offices of Augustine M. Rodriguez, L.L.C.
Augustine M. Rodriguez
Albuquerque, NM

for Appellant

Jarmie & Rogers, P.C.
Mark D. Jarmie
Matthew D. Bullock
Albuquerque, NM

for Appellees

### MEMORANDUM OPINION

**HANISEE, Chief Judge.**

**{1}** Plaintiff appeals from the district court's order denying his third motion to reinstate his complaint following dismissal for lack of prosecution. This Court issued a calendar notice proposing to summarily affirm. Plaintiff filed a memorandum in opposition and Defendants filed a memorandum in support, both of which we have duly considered. Unpersuaded that the district court abused its discretion or otherwise committed reversible error, we affirm.

**{2}** Plaintiff maintains that the district court erred when it denied his third motion for reinstatement under Rule 1-041(E)(2) NMRA and allowed Defendants to defend against reinstatement without having filed an answer. [MIO PDF 1-4] The arguments contained in Plaintiff's memorandum in opposition do not persuade us that this Court's proposed summary disposition was in error and do not otherwise impact our analysis or our disposition of this case. As such, we affirm for the reasons stated in our notice of proposed disposition. *See Hennessy v. Duryea*, 1998-NMCA-036, ¶ 24, 124 N.M. 754, 955 P.2d 683 ("Our courts have repeatedly held that, in summary calendar cases, the burden is on the party opposing the proposed disposition to clearly point out errors in fact or law.").

**{3}** **IT IS SO ORDERED.**

**J. MILES HANISEE, Chief Judge**

**WE CONCUR:**

**ZACHARY A. IVES, Judge**

**JANE B. YOHALEM, Judge**